

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -3  P 3:48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD E. COBLENTZ                           CIVIL ACTION

VERSUS                                       NO: 00-0279

DEPARTMENT OF AGRICULTURE                    SECTION: "S" (5)

### ORDER OF TRANSFER

It appears from the record that the above captioned case involves subject matter that comprises a material part of the subject matter of *Coblentz v. Glickman*, Civil Action No. 98-3645, a case before Judge Edith Brown Clement.  IT IS ORDERED that this case be and hereby is TRANSFERRED to Judge Edith Brown Clement, Section N, of the United States District Court for the Eastern District of Louisiana pursuant to Local Rule 3.1.1E.

New Orleans, Louisiana, this 2nd day of February, 2000.

                    MARY ANN VIAL LEMMON
                    UNITED STATES DISTRICT JUDGE

TRANSFERRED TO:
SECT. N  MAG. 1

DATE OF ENTRY  FEB 0 4 2000

___Fee_____
___Process____
_X_Dktd____
___CtRmDep___
___Doc.No._2_