

FILED
U.S. DISTRICT COURT

2000 MAY -1 P 4: 11

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONALD E. COBLENTZ | * | CIVIL ACTION |
| V. | * | NO. 00-0279 |
| DAN GLICKMAN, SECRETARY OF OF THE U.S. DEPARTMENT OF AGRICULTURE--NFC | * * | SECTION: "N" (1) |

\* \* \*

### DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY BRIEF

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, come the Defendants, Daniel Glickman, Secretary of the U.S. Department of Agriculture, and the National Finance Center, who pursuant to Local Rule 7.5E respectfully moves this Honorable Court for leave to file the attached reply brief. In so moving, defendant would show that the granting of this motion would further the interest of justice in that certain representations made in plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss are misstatements of fact or law and require

DATE OF ENTRY
MAY 3 2000

clarification/ correction. The attached brief addresses only those new matters of fact or law raised in plaintiff's opposition and is set forth in as succinct a manner as possible.

> Respectfully submitted,
>
> EDDIE J. JORDAN, JR.
> UNITED STATES ATTORNEY
>
> _____
> GLENN K. SCHREIBER
> Assistant United States Attorney
> Hale Boggs Federal Building
> 501 Magazine Street, Second Floor
> New Orleans, Louisiana 70130
> Telephone: (504) 680-3093

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONALD E. COBLENTZ | * | CIVIL ACTION |
| V. | * | NO. 00-0279 |
| DAN GLICKMAN, SECRETARY OF OF THE U.S. DEPARTMENT OF AGRICULTURE--NFC | * * | SECTION: "N" (1) |
| * * * | | |

### O R D E R

Considering the foregoing motion by the defendant,

IT IS ORDERED that leave to file the attached Reply Brief be and is hereby GRANTED.

New Orleans, Louisiana, this ⎯2⎯day of ⎯May⎯, 2000.

_____
EDITH BROWN CLEMENT
UNITED STATES DISTRICT JUDGE