

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -5 P 12: 00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONALD E. COBLENTZ | * | CIVIL ACTION |
| VERSUS | * | NO. 00-279 |
| DANIEL C. GLICKMAN, SECRETARY, DEPARTMENT OF AGRICULTURE NATIONAL FINANCE CENTER | * | SECTION "N" |

## JUDGMENT

In accordance with the Order and Reasons entered contemporaneously herewith,

IT IS ORDERED, ADJUDGED, AND DECREED, pursuant to FED. R. CIV. PROC. 58, that judgment be entered in favor of Daniel C. Glickman and against Ronabld E. Coblentz, each party to bear its own costs.

New Orleans, Louisiana, this 4 day of May, 2000.

_____
EDITH BROWN CLEMENT
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

MAY   5 2000